# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 06, 2018

Ms. Debra A. Breneman
Office of the U.S. Attorney, 800 Market Street, Suite 211
Knoxville, TN 37902

Mr. Donald Capparella
Mr. Tyler Chance Yarbro
Dodson, Parker, Behm & Capparella, 1310 Sixth Avenue, N.
Nashville, TN 37208

Mr. David L. Gunn
Office of the U.S. Attorney, 220 W. Depot Street, Suite 423
Greeneville, TN 37743

Mr. J. Alex Little
Bone McAllester Norton, 511 Union Street, Suite 1600
Nashville, TN 37219

Mr. John-David H. Thomas
Waller, Lansden, Dortch & Davis, 511 Union Street, Suite 2700
Nashville, TN 37219

Re:  Case Nos. 16-6655/16-6657, *USA v. Ricky Lanier*
Originating Case No. : 2:14-cr-00083-1

Dear Counsel,

The Court issued the enclosed Order today in these cases.

Sincerely yours,

s/Cathryn Lovely
Case Manager
Direct Dial No. 513-564-7039

cc:  Mr. John L. Medearis

Enclosure