UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>KATRINA LANIER,<br>　　　　　Defendant. | No. 2:14-cr-83<br>Judge Greer |

## MOTION TO POSTPONE DEFENDANT'S
## SELF-SURRENDER DATE FOR SERVICE OF SENTENCE

The United States moves this Court to postpone the date for defendant Katrina Lanier to surrender for service of her sentence at the Bureau of Prisons and, in support thereof, states:

1.　Defendant and her husband, co-defendant Ricky Lanier, were convicted by a jury in 2016 of various offenses arising from a scheme to fraudulently obtain government contracts. (Doc. 203, Jury Verdict.)

2.　Defendant was sentenced to 30 months' imprisonment, followed by three years' supervised release. (Doc. 273, Judgment.) Because defendant's husband was also sentenced to a custodial sentence and they had two minor children, defendant requested a staggered sentence, so her custodial sentence would not begin until her husband had completed his sentence. (Doc. 285, Motion.) The Court agreed, ordering defendant to "surrender for service of sentence at the institution designated by the Bureau of Prisons . . . after May 1, 2020."[1] (Doc. 297, Order.)

3.　In the meantime, both defendants appealed their convictions, and the Sixth Circuit remanded for further proceedings. (Doc. 307, Sixth Circuit Opinion.) Defendant's husband was released from custody pending those proceedings. (Doc. 312, Order.) And defendant's appeal is again pending before the Sixth Circuit.

---

[1] The Bureau of Prisons expected defendant to self-report on May 5, 2020. She did not.

4. The coronavirus which causes COVID-19 has created a global pandemic. The United States has over 1.17 million confirmed and presumed positive cases of COVID-19, and more than 68,000 people have already died as a result of the virus. COVID-19: U.S. at a Glance, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html (accessed May 6, 2020).

5. The Bureau of Prisons has implemented numerous preventive and mitigation measures to safeguard the health of the individuals in its custody. Those measures include restricting access to BOP facilities, screening inmates and staff, and quarantining those at risk of, or who display symptoms of, COVID-19, including those self-surrendering to serve a custodial sentence. At the suggestion of the Bureau of Prisons, the United States recommends that defendant's self-surrender date be postponed in light of the COVID-19 pandemic. The Court may also wish to postpone that date until the conclusion of defendant's pending appeal.

6. ==Defendant's counsel has no objection to this motion.==

For the foregoing reasons, the United States asks the Court to enter an order postponing defendant's self-surrender date until a date on or after October 1, 2020.

Respectfully submitted,

J. Douglas Overbey
United States Attorney

by: *s/ Donald Wayne Taylor*
Donald Wayne Taylor
Assistant United States Attorney
KY Bar No. 86663
220 West Depot Street, Ste. 423
Greeneville, TN 37743
(423) 639-6759
Wayne.Taylor2@usdoj.gov

2

Case 2:14-cr-00083-JRG-MCLC   Document 484   Filed 05/06/20   Page 2 of 2   PageID #: 8969